


**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**Thomas G. Bruton**
**CLERK**

**(312) 435-5691**


January 7, 2013

Federal Courthouse

US District Court

601 Market Street
Philadelphia, PA 1916-1797

RE: CTO-40 Re: **National Football League Players' Concussion Injury Litigation**

USDC No.: 12-cv- 9957 - Brown v. Dart

Honorable Joan B. Gottschall

Dear Clerk:

Pursuant to the order entered by the Multi-District Litigation Panel on 1/3/2013, the above record.

- was electronically transmitted to USDC for the Eastern District of Pennsylvania via electronic mail.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton,

Clerk

By: s/ Johnnie M. Patterson
Deputy Clerk

New Case No. ______________________________ Date ______________________

cc: Non-ECF Attorneys and Pro se Parties